# In the United States Court of Federal Claims

**No. 05-1307C**
**(Filed: February 14, 2006)**

* * * * * * * * * * * * * * * * *
ADVANCE PROPERTIES ASSOCIATES, L.P., *

Plaintiff, *

v. *

THE UNITED STATES, *

Defendant. *
* * * * * * * * * * * * * * * * *

**ORDER ON JOINT MOTION**

The parties' joint motion, filed on February 10, 2006, for a stay of proceedings in the above-captioned case until after 14 days after the conclusion of ADR proceedings in the related cases is **GRANTED**. Accordingly, the above-captioned case is **STAYED**. The parties shall file a joint status report within 14 days after the close of ADR proceedings in the related cases

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge

cc: ADR Judge Horn